JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Cooks, | Case No. 2:20-cv-00522-RGK-SS |
| Plaintiff(s), | ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |
| vs. | |
| AXH Holdings, Inc., | |
| Defendant(s). | |

On June 23, 2020, an Order to Show Cause re Dismissal for Lack of Prosecution (OSC) was issued by the Court. A response to the OSC was due on or before July 1, 2020. As of this date, plaintiff has not filed a response to the OSC, therefore, the Court orders the matter dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: January 20, 2021

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE